# United States District Court

### CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
3/22/22
CENTRAL DISTRICT OF CALIFORNIA
BY: slo  DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
3/22/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: vam  DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>V.<br>**BRANDON FLETCHER**<br>REG#: 64124-112 | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 2:22-mj-01137-DUTY |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about March 19, 2022, in Los Angeles County, in the Central District of California, defendant Brandon FLETCHER ("FLETCHER") did escape from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751.   I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about March 19, 2022, the United States Marshals Service received information from Juan Herrera, Residential Reentry Chief Executive Officer at Orion Residential Reentry Center ("Orion RRC"), stating that FLETCHER had escaped from Orion RRC located at 8141 Orion Avenue, Van Nuys, California 91406.   FLETCHER is a White male, United States citizen, born October 7, 1984, measuring approximately 5 feet, 10 inches tall, weighing approximately 200 pounds, and bald with blue eyes.

The institution and court records that I reviewed indicate that, on or about November 30, 2012, in the United States District Court for the Central District of California, Case No. 2:12-cr-01153-SVW-2, FLETCHER was originally sentenced to a term of ten years imprisonment with eight years of supervised release to follow for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846.   FLETCHER was transferred from United States Penitentiary Lee to Orion RRC to serve the remainder of his sentence.   FLETCHER was scheduled to be released from Orion RRC on May 10, 2022.   On March 19, 2022, at approximately 12:00 pm FLETCHER signed out from the facility on an approved pass to go to Walmart.   FLETCHER was scheduled to return to the facility at 4:00 pm on March 19, 2022 and failed to do so.   As of today's date, FLETCHER has not returned to the facility.   FLETCHER was placed on an escape status due to unknown whereabouts.

Continued on the attached sheet and made a part hereof:   ☐ Yes  ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

*/s/ Zachary J. Stellern*
Signature of Complaint

Zachary J. Stellern
Deputy U.S. Marshal

March 21, 2022
Date

at Los Angeles, California
City and State

*John E. McDermott*

Hon. John McDermott, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

AUSA Elia Herrera (x2024)